David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85258
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiffs John and Carol Kleja, on their own behalf, and behalf of all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| JOHN KLEJA and CAROL KLEJA, individuals, on their own behalf and on behalf of all others similarly situated, Plaintiffs, v. TRANSWORLD SYSTEMS, INC., a California corporation and DOES 1-5, inclusive, Defendants. | **Case No.** **CERTIFICATE OF INTERESTED PARTIES** |
|---|---|

Certificate of Int. Parties    1

The undersigned, counsel of record for plaintiff Tasion Communications Inc., doing business as Planet Telecom, certifies that the following list of party (parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

None.

Dated: March 3, 2014                                By:     s/David C. Parisi
                                                    David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85258
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiffs John and Carol Kleja, on their own behalf, and behalf of all others similarly situated*