UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEJA and CAROL KLEJA, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS, INC., a California corporation and DOES 1-5, inclusive,<br><br>Defendants. | Case No.  CV-14-00946-CRB<br><br>ORDER GRANTING STIPULATION FOR FILING OF FIRST AMENDED ANSWER |

Having considered the Stipulation by and between the parties granting defendant Transworld Systems, Inc., leave to file a First Amended Answer [Dkt. 22], and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED.

June 2, 2014

_____
Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*