UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEJA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.,<br><br>    Defendant. | Case No. 14-cv-00946-CRB (EDL)<br><br>**ORDER FOLLOWING HEARING ON PLAINTIFFS' MOTION TO COMPEL**<br><br>Re: Dkt. No. 49 |

On January 6, 2015, the Court held a hearing on Plaintiffs' Motion to Compel. As stated at the hearing, the Court orders as follows:

1. The parties shall meet and confer as to the scope of discovery to reach agreement on production and use in this case of a representative sample of the LiveVox records.

2. No later than January 20, 2015, Defendant shall produce the LiveVox records for the four days on which Plaintiffs' telephone number was called.

3. Defendant shall provide a declaration to Plaintiff and the Court regarding the burden of producing LiveVox records and to what extent that varies with volume.

4. The parties shall report to the Court no later than February 3, 2015 regarding the status of production of the LiveVox records.

5. Defendant shall provide a declaration to Plaintiff and to the Court setting forth the search conducted for account notes and the results of that search.

6. No later than January 20, 2015, Defendant shall file a response to Plaintiffs' Response to Defendant's Civil Local Rule 79-5 declaration (Dkt. No. 56). If the Court requires further briefing on this issue, it will notify the parties. The documents remain under seal until this issue is resolved.

7. Plaintiffs' request for sanctions is denied. See Civ. L.R. 37-4.

**IT IS SO ORDERED.**

Dated: Jan 7, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge