**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JOHN KLEJA and CAROL KLEJA, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., a California corporation and DOES 1-5, inclusive,<br><br>Defendants. | No. 3:14-cv-00946-CRB<br><br>**ORDER TO CONTINUE THE JANUARY 16, 2015 CASE MANAGEMENT CONFERENCE** |

The parties to this action stipulated to continue the Case Management Conference from January 16, 2015 to March 20, 2015 due to certain ongoing discovery matters as explained more fully in the Stipulate entered into on January 12, 2015.

[Proposed] Order                                     1                         No. 3:14-cv-00946-CRB

1  Pursuant to the stipulation, IT IS SO ORDERED that the Case Management
2  Conference is continued from January 16, 2015 to March 20, 2015 at 8:30 a.m.
3
4  Date: January 13, 2015   _____
5                                                  Hon. Charles R. Breyer
6
