# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JOHN KLEJA and CAROL KLEJA, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., a California corporation and DOES 1-5, inclusive,<br><br>Defendants. | No. 3:14-cv-00946-CRB<br><br>**ORDER CONTINUING THE MARCH 20, 2015 CASE MANAGEMENT CONFERENCE TO APRIL 10, 2015** |

The parties to this action stipulated to continue the Case Management Conference from March 20, 2015 to April 10, 2015 to coincide with a previously scheduled motion before this Court.

Pursuant to the stipulation, IT IS SO ORDERED that the Case Management Conference is continued from March 20, 2015 to April 10, 2015 at 8:30 a.m.

Date: March 17, 2015

_____
Hon. Charles R. Breyer
U.S. District Court Judge



[Proposed] Order   1   No. 3:14-cv-00946-CRB