David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiffs John and Carol Kleja,
on their own behalf, and behalf of all others
similarly situated*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN KLEJA and CAROL KLEJA, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., a California corporation and DOES 1-5, inclusive,<br><br>Defendants. | No. 4:14-cv-00946-CRB-EDL<br><br>Judge Charles R. Breyer<br>Magistrate Judge Elizabeth D. Laporte<br><br>**DECLARATION OF RANDALL A. SNYDER** |

1.      My name is Randall A. Snyder. I am an adult over the age of 18 and a resident of

the state of Nevada. I have personal knowledge of each of the matters stated herein, and if called

to testify I could and would testify competently about them.

2.      I am an independent telecommunications technology consultant and reside at

8113 Bay Pines Avenue, Las Vegas, Nevada, 89128. I have been retained by Parisi and Havens

LLP in the matter *Kleja v. Transworld, Inc.*, 4:14-cv-00946-CRB-EDL (N.D. Cal.) to provide my

expert opinions relating to telecommunications call logs, call detail records and the technology

1   used by Transworld, Inc. ("Defendant" or "TSI").

2          3.      I have over 30 years of experience in telecommunications network and system

3   architecture, engineering, design and technology. I am an expert in the fields of both landline and

4   wireless telecommunications networking technology. A copy of my *curriculum vitae* is attached

5   to this Declaration. I have been retained as a testifying or consulting expert in over 110 cases

6   regarding cellular telecommunications technology, including 75 cases regarding the TCPA and

7   associated regulations. In addition, I have been retained as an expert by both plaintiffs and

8   defendants in cases regarding the TCPA.

9          4.      I have taught many classes and seminars on both landline and wireless

10  telecommunication network technologies and have been a panelist and speaker at numerous

11  conferences at the Institute of Electrical and Electronics Engineers ("IEEE"), the Personal

12  Communication Society ("PCS"), and the Cellular Telecommunications and Internet Association

13  ("CTIA") as an expert in telecommunication networks. I spent seven years developing standards

14  within the American National Standards Institute's subsidiary organization, the

15  Telecommunications Industry Association ("TIA"), providing technical contributions and

16  authoring and editing telecommunications proposed standards documents. Most notably, I

17  authored and oversaw the standardization of Interim Standard 93, providing interconnection

18  technology between landline and wireless networks, which is a fully accredited national standard

19  of the American National Standards Institute ("ANSI"). I am the co-author of the McGraw-Hill

20  books "Mobile Telecommunications Networking with IS-41," and "Wireless

21  Telecommunications Networking with ANSI-41, 2nd edition" published in 1997 and 2001,

22  respectively. I have been issued 28 patents myself on telecommunications networking

23  technology and currently have five additional published patents pending. I have also authored

24  several articles on telecommunications technology and have been quoted numerous times in

25  industry trade publications. I have been hired as a consultant by the Cellular Telephone

26  Industries Association ("CTIA"), as well as by many landline and wireless telecommunications

27  companies, including Bell Laboratories, McCaw Cellular, AirTouch, AirTouch International,

28  AT&T Wireless, AT&T Mobility, Lucent, Nokia, Ericsson, Motorola, Samsung, Siemens,

Nextwave, MCI, Daewoo, Globalstar, T-Mobile, Sprint, U.S. Cellular, Teleglobe Canada, Teledesic and other telecommunications technology vendors and service providers. I was also nominated in 2006 for a National Television Arts Emmy Award for Outstanding Achievement in Advanced Media Technology for unique wireless content distribution technology I designed while employed at Entriq, Inc.

5.     Still more detail, as well as details of publications that I have authored or co-authored within at least the past 10 years, are provided in my attached *curriculum vitae* (a true and correct copy of which is attached hereto as Exhibit 1) along with a list of cases where I served as a testifying or consulting expert and my standard rate sheet. I am being compensated at the rate of $450 per hour for my study, analysis and testimony in this case and a rate of $500 per hour for deposition and trial testimony.

6.     My opinions in this Declaration are based on my education, knowledge, experience, expertise, training and my review of the following documents: Class Action Complaint for Violation of the Telephone Consumer Protection Act – Jury Demand; Notice of Motion and Motion to Compel Plaintiffs' Supplemental Responses to Certain Interrogatories; Memorandum of Points and Authorities; Declaration of Damian P. Richard dated October 26, 2015; the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA") and regulations promulgated thereunder; the Federal Communications Commission's ("FCC") Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated October 16, 1992; the FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated July 3, 2003; the FCC's Declaratory Ruling in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 Request of ACA International for Clarification and Declaratory Ruling dated January 4, 2008; the Appeal from the United States District Court for the Northern District of California, No. 07-16356, D.C. No. CV-06-02893-CW Opinion, filed June 19, 2009; the FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated February 15, 2012; the FCC's Notice of Proposed Rulemaking in the Matter of the Middle Class Tax Relief and Job

1   Creation Act of 2012, Establishment of a Public Safety Answering Point Do-Not-Call Registry
2   dated May 22, 2012; the FCC's Declaratory Ruling in the Matter of Rules and Regulations
3   Implementing the Telephone Consumer Protection Act of 1991, SoundBite Communications,
4   Inc. Petition for Expedited Declaratory Ruling dated November 29, 2012; and the FCC's
5   Declaratory Ruling in the Matter of Rules and Regulations Implementing the Telephone
6   Consumer Protection Act of 1991 dated July 10, 2015.

7   **INTRODUCTION**

8       7.      I understand that Plaintiffs John and Carol Kleja received cellular
9   telecommunications service on their telephone number (850) 371-1138 from TracFone®.
10  TracFone is among the largest Mobile Virtual Network Operators ("MVNOs") in the country.
11  From a consumer's perspective, MVNOs provide cellular telecommunications services just as
12  cellular network carriers do. However, MVNOs do not own or operate their own core cellular
13  network. They purchase very large bundles (*e.g.*, millions or billions) of voice calling minutes,
14  text messages, calling features and data services from one or more of the actual carrier network
15  operators at a great discount. These MVNOs then resell those cellular services under their own
16  brand name to consumers and operate their own dealer activation services and customer service
17  centers; hence, the term "virtual" in the nomenclature.

18      8.      From a consumer's perspective, the MVNO is the cellular service provider. The
19  fact that the MVNO is obtaining and reselling transmission capacity, features and services from
20  an actual carrier network is entirely transparent to the consumer. The consumer is simply
21  considered a cellular subscriber of the MVNO and pays subscription fees directly to the MVNO.
22  Furthermore, many, if not all, of the supplementary service features available through the actual
23  carrier network are also afforded to the MVNO's subscribers and are represented to those
24  subscribers as being provided by the MVNO. Many of these supplementary cellular service
25  features are those that most consumers have today become very familiar with, such as "caller
26  ID," "call waiting," "three-way calling," "call forwarding," and "voicemail."

27      9.      In addition, MVNOs obtain their own blocks of cellular telephone numbers from
28  the North American Numbering Plan Administrator (NANPA) to provide to their own

subscribers. This enables a clear distinction between the MVNOs' subscribers from the subscribers of the originating cellular network provider.

10.     Based on my review of the relevant documents and the facts described above, it is my expert opinion that the Plaintiffs did not use, and have never used, the cellular supplementary service feature known as "call forwarding" for calls received by TSI that I have analyzed. I base this opinion on my knowledge, experience, expertise, training and on the evidence I have reviewed.

## AT&T MOBILITY CALL DETAIL RECORDS

11.     Based on the information I have reviewed in this case, it is clear that AT&T Mobility was the actual cellular network operator providing telecommunications services to TracFone for resale to TracFone's subscribers, including the Plaintiffs using the cellular telephone number (850) 371-1138.

12.     Similarly, any supplementary cellular service features that TracFone afforded to its subscribers would be technologically provided via AT&T Mobility's network. These supplementary features offered to subscribers, including the Plaintiffs, consisted of the aforementioned features such as "call forwarding" and "voicemail" services. Therefore, network call detail records ("CDRs") for the Plaintiffs' subscription were obtained from, and produced by, AT&T Mobility's network. (Exhibit 2.)

13.     Because AT&T Mobility originally recorded this detailed information within their own switching systems and their own ancillary network databases, they are the most objective, accurate and reliable version of telephony calling information that can be obtained and produced in this matter, with respect to these calls to Mr. and Mrs. Kleja.

14.     In every case for which I have been retained as an expert regarding the TCPA, the most important data that is used to determine if a potential TCPA violation has occurred are CDRs. Each CDR represents an individual call. In some cases, as with AT&T Mobility, multiple line-items in a call detail record report may represent aspects of a single call. This is very important as carriers have a desire to explicitly record individual events that can occur that are associated with a particular call. A good example is the use of the aforementioned supplementary

services while a call is in progress; such as the use of the call "waiting feature," whereby one party involved in the call can put the other party on hold while a new incoming call is answered. The individual event of invoking the "call waiting" feature by a particular party is recorded as part of the original call that was in progress. Explicit recording of these individual events is used for consumer billing purposes, internetwork billing purposes, law enforcement purposes and marketing purposes, among others.

15.     Each record typically includes the telephone number of the *calling party* (*i.e.*, the telephone number of the party originating the call), the telephone number of the *called party* (*i.e.*, the telephone number of the party receiving the call), the date the call was made (*i.e.*, month, day, year), the time the call was made (*i.e.*, hour, minute and sometimes second) and the duration of the call (*i.e.*, hours, minutes and sometimes seconds). CDRs also include additional detailed data, such as the disposition of the call (*e.g.*, answered, call-forwarded, voicemail access, etc.)

16.     The CDRs produced by AT&T Mobility in this case provide a detailed description of calls made to and from the Plaintiffs' cellular telephone number (850) 371-1138 and I have thoroughly reviewed them. (Exhibit 2.)

**TSI'S ASSERTION'S ARE FALSE AND MISLEADING**

17.     TSI claims that, "Plaintiffs John and Carol Kleja ('Plaintiffs'), through counsel, have attempted to conceal information and evidence of their call-forwarding which potentially negates the entirety of the claims which they have attempted to assert in this action." (Exhibit 3, 3:3-5.)

18.     Furthermore, TSI claims, "The AT&T phone records, the reliability of which cannot be disputed, demonstrate not only that Plaintiffs did not answer the four calls from TSI either manually or with an answering machine or voicemail but, more importantly, that each call was immediately and automatically forwarded to another number not alleged in the complaint." ((Exhibit 3, 6:9-13.)

19.     Moreover, TSI claims, "The AT&T records establish, incontrovertibly, that each of the four calls placed by TSI were immediately and automatically forwarded by Plaintiffs John

1   and Carol Kleja ('Plaintiffs') to another number ending in 8491." (Exhibit 3, 7:16-19.)

2       20.     These assertions made by TSI are entirely false, misleading and were made

3   without a detailed understanding of AT&T Mobility's call recording and reporting processes.

4   There is no evidence whatsoever to show that the Plaintiffs used the "call forwarding"

5   supplementary feature nor forwarded any calls received by TSI. In fact, the evidence shows quite

6   the opposite.

7       21.     In Exhibit 2, TSI highlighted 12 CDR line-items to support its claims that the

8   Plaintiffs used, invoked, accessed or otherwise operated the call forwarding feature afforded

9   them by TracFone via AT&T Mobility. An objective and plain reading and review of the

10  produced records, along with AT&T Mobility's official "legend" for understanding and

11  interpreting CDRs (Exhibit 4), clearly demonstrates the unjustified claims made by TSI.

12      22.     The highlighted line-items in Exhibit 2 (lines 33-38 and lines 42-47) show

13  precisely four calls made by TSI to the Plaintiffs' cellular telephone number (850) 371-1138 *i.e.*,

14  the "Terminating Number" using the outgoing landline numbers (850) 250-2484 and (850) 250-

15  2544, *i.e.*, the "Originating Number." Also included in these line-items are precisely four calls

16  from the Plaintiffs to check their voicemail.

17      23.     Line 33 clearly shows a landline call from TSI to the Plaintiffs. As the Plaintiffs

18  didn't answer the call, it was directed to their voicemail system. The descriptive code

19  "O2M_VMC" is AT&T Mobility's designation for a call that was answered by the voicemail

20  feature that was provided to the Plaintiffs with their cellular subscription.

21      24.     Line 35 also clearly shows a landline call from TSI to the Plaintiffs. However, this

22  line-item is part of the same call described in line 33. The descriptive code "O2M" is AT&T

23  Mobility's designation for a call that was a landline (aka *non-mobile*) call to an AT&T Mobility

24  subscriber's cellular number. This landline call happened to be answered by voicemail and that

25  particular event is recorded in line 33.

26      25.     Thus, these two line-items represent a single call: line 33 shows that the call used

27  the "voicemail" supplementary calling feature and line 35 shows that the call lasted 8 seconds.

28  Based on these two line-items, it is evident that when the call from TSI was answered by the

1   Plaintiffs' voicemail, it was immediately hung up by TSI. The 8 second duration time represents

2   the amount of time that passed before the voicemail system also disconnected from the call. This

3   precise circumstance is corroborated by the call records produced by TSI. (Exhibit 5.)

4       26.    Line 34 shows a cellular call made by the Plaintiffs to check their voicemail for

5   the potential message that was left by TSI and recorded in lines 33 and 35. The descriptive code

6   "M2m" is AT&T Mobility's designation for a cellular call that was made to another carrier's

7   cellular number. In this line-item, the Originating Number is the Plaintiffs' cellular number (850)

8   371-1138. The Terminating Number is (904) 327-8491. This Terminating Number is the internal

9   number recorded by AT&T Mobility as the telephone number that can be dialed by a subscriber

10  *from any phone* to access voicemail. When accessing voicemail directly from the cellular handset

11  associated with the cellular subscription, a speed-dial access number is afforded to the

12  subscriber. This is a nice feature because voicemail is so commonly used. In the case of the

13  Plaintiffs, their cellular handset was the LG 840G cellular telephone. To access voicemail from

14  this phone, the subscriber need only tap and hold the number 1 and the phone will automatically

15  call voicemail (Exhibit 6). The CDR recorded for such a speed-dial call shows the actual

16  Terminating Number as (904) 327-8491.

17      27.    Line 34 shows the Plaintiffs accessed their voicemail very soon after TSI called

18  their cellular phone. As TSI hung up after the voicemail system was detected, the Plaintiffs

19  simply listened to the 8 seconds of "dead-air" time before the voicemail system disconnected.

20      28.    These three line-items, 33 through 35 are entirely and completely analogous to

21  lines 36-38, 42-44 and 45-47. Each of these four line-item groups represent four distinct calls

22  from TSI to the Plaintiffs' cellular telephone number that went to voicemail. Each of these four

23  line-item groups also represent four distinct calls from the Plaintiffs' cellular telephone to check

24  their voicemail. As TSI hung up on the call when voicemail was detected, the Plaintiffs simply

25  attempted to check for a non-existent voicemail message.

26      29.    In each of these four distinct groups and individual line-items there is absolutely

27  no evidence that the Plaintiffs used the "call forwarding" feature to forward incoming calls to

28  another telephone number. In fact, if the "call forwarding" feature was invoked for an incoming

call to the Plaintiffs' cellular telephone, the AT&T Mobility records would clearly show a line-item with the descriptive code "FWD" meaning that the supplementary feature was used when processing the incoming call. (Exhibit 4.)

**SUMMARY OF OPINIONS**

30.     It is my expert opinion that anyone with the appropriate telecommunications experience or training in reading and interpreting CDRs would understand that Exhibit 2 is evidence that TSI's statements in Exhibit 3 were false and misleading. TSI has misunderstood the meaning of these records and, therefore, has no basis for their assertions.

31.     It is my expert opinion, based on my knowledge, education, experience, expertise, training, my review of the relevant documents and the facts described above, that the Plaintiffs did not use the "call forwarding" supplementary feature for any of the calls made by TSI to their cellular telephone.

32.     It is my expert opinion, based on my knowledge, education, experience, expertise, training, my review of the relevant documents and the facts described above, that TSI had no grounds to conclude that the Plaintiffs used the "call forwarding" feature. Furthermore, it is my expert opinion that TSI's assertions that the Plaintiffs used the "call forwarding" feature are entirely false.

33.     My opinions in this Declaration are based upon extensive experience in the telecommunications industry and a detailed understanding of telecommunications systems, automatic telephone dialing systems, telephony functions and features and call detail recording within the telecommunications industry. I hereby reserve the right to supplement or modify my opinions detailed in this report to the extent that new information is made available through discovery or other means.

I declare that the foregoing is true and correct subject to the laws of perjury of the United States of America.

Executed in Las Vegas, Nevada, on this 5th day of November 2015.

_Randall A. Snyder_

Randall A. Snyder

# EXHIBIT 1

## Randall A. Snyder
## Curriculum Vitae

## Professional Summary

Randall Snyder is a recognized expert in wireless and cellular telecommunications technology, executive manager and leader, designing, developing, marketing and managing mobile telecommunication system and software products. He has over 30 years of experience specializing in wireless telecommunications technology, network architecture, design, system engineering, marketing and product management. He is a reputable leader and strategic developer with a successful background building startups. He is skilled presenter, communicator, and educator with success impacting organizational performance, corporate reputation and increasing sales. Mr. Snyder is results-oriented, highly organized and creatively focused on adhering to organizational missions and philosophy while designing best-of-breed mobile technology solutions. He has extensive travel experience to Asia-Pac, Latin America and Europe supporting engineering, sales and marketing and has familiarity with wireless network operators and manufacturers worldwide. Mr. Snyder has several years of wireless technology standards development experience and has been issued 28 patents related to wireless telecommunications technology. Mr. Snyder has also been retained as an expert witness in over 100 legal cases involving wireless telecommunications technology.

## Expertise

- Business Relations: Seminars, Sales Presentations and Sales Engineering

- Legal: Provisional and Patent Applications, Subject Matter Expert Consultant, Expert Witness and Testimony, Litigation Support, Sales and Vendor Contract Negotiations and Review, Qualified as an Expert in Federal District Court

- Management: Strategic/Tactical Planning, Product Management, Marketing Management, Operations Management, Competitive Analysis, Problem Resolution, Project Planning, Risk Management

- Organizational: P&L Management, Budget Planning, Expense Reduction and Cost Control

- Technology: Wireless Network Engineering, Design and Architecture, Multimedia Systems, Mobile Internet, Mobile Video, Mobile Marketing, mCommerce and Mobile Payments, Mobile Telecommunications Standards, 3G, UMTS, LTE, LBS, SMS, MMS, WAP, GSM, and ANSI-41 (CDMA) Networking, Signaling System No. 7 (SS7), Communications Protocols, Telephone Consumer Protection Act (TCPA), Automatic Telephone Dialing Systems (ATDS)

## Education

| Year | College or University | Degree |
|------|----------------------|--------|
| 1984 | Franklin and Marshall College | B.A., Mathematics (minor in Astronomy) |

| **Randall A. Snyder**<br>**Curriculum Vitae** |
|:---:|

## Professional Experience

From:           January 2007
To:             Present
Organization:   Wireless Research Services, LLC; Las Vegas, NV
Title:          President and Founder
Summary:        Responsible for consulting business, and revenue as well as being the principal consultant. Areas of subject matter expertise include mobile and cellular networking, 3G, LTE, UMTS, GSM, ANSI-41, LBS, SMS, MMS, WAP, SS7, Diameter Signaling, Automatic Telephone Dialing Systems (ATDS) and mobile multimedia systems. With this expertise, primary consulting is in the area of system and product architecture, design, development, management and marketing as well as patent preparation and development, expert reports, expert testimony and litigation support. Expert witness and technology consultant for over 100 legal cases; authored over 85 expert reports for intellectual property cases, Telephone Consumer Protection Act (TCPA) cases and wireless technology litigation cases.

<u>Notable Case:</u>

* Personally cited by <u>United States Court of Appeals for the Ninth Circuit</u>. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

  Result of expert opinion greatly expanded the TCPA and was followed by formal FCC Declaratory Rulings citing this case that text messages are calls as defined by the TCPA and dialing numbers from a stored electronic list of telephone numbers falls within the definition of an Automatic Telephone Dialing System (ATDS).

From:           September 2007
To:             August 2010
Organization:   Finsphere Corporation; Bellevue, WA
Title:          Vice President Product Management & Wireless Engineering
Summary:        Was among the first handful of employees at Finsphere prior to Series A funding. As vice president of product management and wireless engineering and a member of the executive management team, was responsible for product management activities and wireless technology solutions for Finsphere's products. These products encompassed mobile location based software-as-a-service (SaaS) products offered primarily to financial institutions and banks. Responsibilities included product requirements and system functionality, strategic planning, R&D of new technologies, wireless network interconnectivity as well as wireless technology for Finsphere's products. Was also responsible for market strategies, white papers and development and management of intellectual property and patent applications.

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

From:          May 2004
To:            April 2007
Organization:  Entriq, Inc.; Carlsbad, CA
Title:         Vice President Product Management
Summary:       Was responsible for the entire product management team and system architecture for
               Entriq's products and services. Products encompassed mobile and broadband pay
               media applications (specializing in video), digital rights management (DRM) and
               security solutions, e-commerce and m-commerce systems as well as ad management
               and delivery solutions for both broadband and mobile media services. Responsibilities
               also included network and protocol analysis, market analysis, evaluation of third-party
               software and services, all vendor contract negotiations, RFP responses and overall
               administrative responsibility for the entire product line. Was responsible for directing
               and managing the technical writing department producing all user documentation
               associated with the products. Was nominated for a National Television Arts and
               Sciences Emmy Award for Outstanding Achievement in Advanced Media Technology
               for unique mobile technology designed, developed and commercially deployed as part
               of Entriq's solution.


From:          February 2002
To:            November 2003
Organization:  m-Qube, Inc. (acquired by Verisign); Boston, MA
Title:         Vice President Product Management and Carrier Marketing and Founder
Summary:       Was responsible for the entire product management and carrier marketing teams,
               member of the executive management team and one of the founders. Was responsible
               for all product management, system engineering and product strategy for all business
               conducted with the wireless industry and carriers. Was in charge of the market strategy
               and wireless network architecture for m-Qube's mobile marketing service, a value-
               added service offering mobile marketing solutions to wireless carriers using short
               message services (SMS) for GSM and CDMA networks. The service architecture
               enabled branded companies to deploy promotional marketing and messaging campaign
               dialogs with mobile subscribers via SMS. The network architecture required definition
               and design of all aspects of the overall network including SMS technology,
               interconnectivity to the wireless carriers, signaling, traffic management, market
               requirements for features and services, network equipment specifications and OA&M.


From:          April 2001
To:            February 2002
Organization:  Bitfone Corporation; Mountain View, CA
Title:         Vice President Product Management and Marketing
Summary:       Was responsible for the entire product management team and all of the company's
               product definitions, strategies and positioning. Had direct responsibility for market
               and product requirements, market research, competitive analysis, product strategy and
               sales strategy. Bitfone's products included the iBroker, a mobile Internet technology
               infrastructure platform to enhance WAP, MMS, mobile e-mail and wireless

<div style="border:1px solid black">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

messaging. Was also responsible for the mProve product (obtained via merger with Digital Transit, Inc.) providing over-the-air firmware and software update technology to mobile devices.

| | |
|---|---|
| From: | November 2000 |
| To: | April 2001 |
| Organization: | Openwave Systems (via merger of Phone.com and Software.com); Redwood City, CA |
| Title: | Executive Director Emerging Technologies |
| Summary: | Was responsible for new 3G technologies and providing market and product plans for those technologies for the entire product line. Primary responsibility for the 3GPP Multimedia Messaging Service (MMS), collecting market requirements from customers, developing corporate strategy for MMS and preparing the organization for additional development of the product. In addition, taught wireless technology classes to the different departments at Openwave and educated them on wireless service provider strategies and network technologies. |

| | |
|---|---|
| From: | March 2000 |
| To: | November 2000 |
| Organization: | @Mobile and Software.com (via acquisition); Santa Barbara, CA |
| Title: | Director Wireless Product Management |
| Summary: | Was responsible for the product managers and for all of the wireless internet infrastructure products. Responsibilities included the overall market and product strategy for Software.com's wireless e-mail, short message service, instant messaging and unified messaging products. Was responsible for the overall revenues generated from these products based on detailed product plans and internal organizational planning. Much of his time was spent working with the executive management team and the sales directors on corporate market strategy. |

| | |
|---|---|
| From: | December 1999 |
| To: | March 2000 |
| Organization: | FreeSpace Communications, Inc.; Palo Alto, CA |
| Title: | Consulting Network Systems Engineer |
| Summary: | Was responsible for the complete design of the backbone network architecture for a new broadband fixed wireless data network. This new architecture incorporated DSL as the backbone network technology. The network architecture required definition and design of all aspects of the overall network plan including DSL technology, IP technology, ATM technology, interconnectivity to the PSTN, operations signaling, traffic engineering, market requirements for network features and services, network equipment specifications and OA&M. |

| | |
|---|---|
| From: | April 1992 |
| To: | December 1999 |
| Organization: | Synacom Technology, Inc.; San Jose, CA |

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| Title: | Executive Director Product Marketing and Management |
| --- | --- |
| Summary: | |

1998 – 1999      Executive Director Product Marketing and Management

- Responsible for managing the entire product management and marketing department of Synacom Technology, including market research and planning, product management and market communications. Lead the entire design, definition and product direction of all aspects of Synacom's products.

1997 – 1998      Director Systems Engineering

- Responsible for coordinating and managing the overall functional and requirements specifications for all Synacom's products as well as the detailed test plans used for alpha system testing of those products. Also responsible for directing and managing the technical writing department producing all of the user documentation associated with all of the products. Provided the primary sales engineering support for sales and marketing and was involved in nearly every aspect of the product lifecycle.

1996 – 1997      Director Consulting Services and Principal Engineer

- Responsible for obtaining, coordinating and managing all technical consulting projects performed by the company. These projects included wireless network architecture and design for both IS-41 and GSM networks for dozens of client companies (carriers and equipment manufacturers). In this role, continued as a member of both the ANSI/TIA TR45.2 Subcommittee for cellular radio intersystem operations standards and the ANSI/TIA TR46 Committee for 1900 MHz GSM PCS standards. Major contributor to TR46 in the area of GSM-to-IS-41 network interworking. Also authored, edited and published TIA standard specification IS-93 for cellular network interconnections to the PSTN and ISDN.

1992 – 1996      Principal Engineer

- Consulted for McCaw Cellular, AT&T Wireless, AirTouch Cellular, AirTouch Satellite Services, Globalstar, Nokia, MCI, Sprint PCS, XYPoint, NextWave, NewNet American Personal Communications, CTIA and several other national and international wireless telecommunications companies.

- Wrote wireless network design and analysis papers including HLR specifications, Authentication Center specifications, PCS network design, short message service (SMS) design, intelligent network applications of wireless technology and in-house expert in signaling protocols. Extensive experience with Signaling System No. 7, including both protocol implementation and design. Authored the Standard Requirements Document for the SS7-based A-interface between the base station and MSC used throughout the TIA. Also involved in the design of the Bellcore WACS/PACS technology, digital cellular network service and feature descriptions, SCPs and HLRs. Extensive experience developing the architecture and design of distributed intelligent networks including, SS7, cellular, PCS, AIN and WIN networks. Key member of the original Cellular Digital Packet Data (CDPD) architecture and design team. Designed the CDPD air interface protocol emulator

<div style="border:1px solid black; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

developed and marketed by AirLink Communications, Inc.

From:            December 1990
To:              April 1992
Organization:    AT&T Bell Laboratories; Whippany, NJ
Title:           Consulting Member of the Technical Staff
Summary:         Evaluated wireless technology services for the Wireless Systems Architecture group.
                 Also participated as a system engineer on the design of the Global System for Mobile
                 (GSM) communication architecture and a software engineer developing the base
                 station controller (BSC) for GSM. Also responsible for planning, coordinating,
                 designing and testing the SS7 protocol software for the GSM A-interface between the
                 BSC, MSC and operations and maintenance center (OMC). High-level and detailed
                 design specifications were developed to coordinate the protocol testing between two
                 remote laboratories. Provided the traffic analysis and traffic engineering of call traffic
                 for the BSC. Specifically designed and developed the dynamic traffic overload control
                 subsystem for the BSC. Presentations were given to technical staffs at multiple Bell
                 Laboratories facilities supporting this work.

From:            May 1987
To:              December 1990
Organization:    DGM&S, Inc.; Mt. Laurel, NJ
Title:           Senior Staff Consultant
Summary:         Responsible for the design, development and test coordination of an advanced
                 intelligent network applications platform for a service control point (SCP). Also spent
                 several years as a consulting software engineer for Siemens AG, developing and
                 testing SS7 and call control software for the EWSD digital switching system for
                 international as well as U.S. national network implementations. This work involved
                 extensive travel to both Frankfurt and Munich, Germany for software system design
                 and testing. Also involved in the concept, design and technical marketing of
                 proprietary enabling technology software products for SS7 and ISDN.

From:            May 1986
To:              May 1987
Organization:    ADP, Inc.; Mt. Laurel, NJ
Title:           Senior Software Engineer and Analyst
Summary:         Responsible for the design and development of data communications and real time
                 database application software for a host data center that provided real time financial
                 information to large brokerage houses. Data communication protocol expertise in
                 HDLC, RS-232 and IBM BiSync.

| | |
|---|---|
| **Randall A. Snyder** |
| **Curriculum Vitae** |

From:        June 1984
To:          May 1986
Organization: C3, Inc.; Cape May, NJ
Title:       Consulting Systems Analyst and Software Engineer
Summary:     Civilian consulting systems analyst and engineer to the U.S. Coast Guard Electronics
             Engineering Center (EECEN) for C3, Inc. Developed sophisticated database software
             for shipboard use including inventory and law enforcement applications. The work
             included the follow-through of the entire project lifecycle including writing of
             requirements, functional, design and program specifications, coding, debugging, alpha
             and beta testing, release, shipboard installation and continuing technical support of the
             product. Received a personal commendation from Admiral W.F. Merlin, Chief, Office
             of Command, Control and Communications, for successful efforts on these projects.

## Professional Affiliations, Achievements & Awards

- Personal commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and
  Communications, USCG (1986)
- Nominated, Technology and Engineering Emmy Award for Outstanding Achievement in Advanced
  Media Technology, 2006

## Patents, Publications & Citations

### Issued Patents

| Patent | Date | Description |
|---|---|---|
| US 9,154,952 | 10/6/2015 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 9,092,803 | 7/28/2015 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,954,102 | 2/10/2015 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| US 8,938,215 | 1/20/2015 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,923,902 | 12/30/2014 | Mobile Messaging Short Code Translation and Routing System and Method |
| US 8,839,394 | 9/16/2014 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 8,831,564 | 9/9/2014 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern |

| | | |
|---|---|---|
| | **Randall A. Snyder** | |
| | **Curriculum Vitae** | |

| | | |
|---|---|---|
| | | Recognition |
| US 8,819,141 | 8/26/2014 | Centralized Mobile and Wireless Messaging Opt-out Registry System and Method |
| US 8,761,732 | 6/24/2014 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,670,753 | 3/11/2014 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| Israel 200949 | 1/10/2014 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| Mexico 308720 B | 12/4/2013 | Sistema y Metodo para el Analisis Automatizado que Compara una Ubicacion del Dispositivo Inalambrico con Otra Ubicacion Grafica |
| US 8,588,748 | 11/19/2013 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| US 8,437,784 | 5/7/2013 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,374,634 | 2/12/2013 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,280,348 | 10/2/2012 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,155,677 | 4/10/2012 | Mobile Messaging Short Code Translation and Routing System and Method |
| New Zealand 580499 | 8/31/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,131,262 | 3/6/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,116,731 | 2/14/2012 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| Australia 2008/115299 | 2/9/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| S. Africa 2009/06947 | 1/26/2011 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 7,792,518 | 9/7/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 7,403,788 | 7/22/2008 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 6,128,389 | 10/3/2000 | Authentication Key Management System and Method |
| US 5,970,144 | 10/19/1999 | Secure Authentication-Key Management System and Method for Mobile Communications |
| US 5,850,445 | 12/15/1998 | Authentication Key Management System and Method |
| US 5,799,084 | 8/25/1998 | System and Method for Authenticating Cellular Telephonic Communication |

> **Randall A. Snyder**
> **Curriculum Vitae**

## Publications

1. What Workers Want from Wireless by Randall A. Snyder; April 15, 2004. America's Network, Advanstar Communications, Santa Ana, California USA.

2. Snyder, Randall A. and Gallagher, Michael D. Wireless Telecommunications Networking with ANSI-41 Second Edition; McGraw-Hill, New York, NY USA; © Copyright 2001 Randall A. Snyder and Michael D. Gallagher. *Foreword by Tom Wheeler, current Chairman, Federal Communications Commission.*

3. Forecasting SS7 Traffic by Randall A. Snyder; November 1, 2000. Wireless Review, Volume 17, Number 21, Intertec Publishing, Overland Park, KS USA.

4. Gallagher, Michael D. and Snyder, Randall A. Mobile Telecommunications Networking with IS-41; McGraw-Hill, New York, NY USA; © Copyright 1997 Michael D. Gallagher and Randall A. Snyder.

5. IS-41/GSM Interoperability by Randy Snyder; December, 1995, Cellular Networking Perspectives, Cellular Networking Perspectives, LTD, Calgary, Alberta, Canada.

## Citations

1. Commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986)

2. Method and Apparatus for Routing Short Messages, US Patent #6308075, Issued October 23, 2001.

3. Mediation Software for Delivery of Interactive Mobile Messaging and Personalized Content to Mobile Devices. Patent Application # 20020120779, August 29, 2002.

4. Automatic In-Line Messaging System, US Patent #6718178, Issued April 6, 2004.

5. Method and System for Wireless Instant Messaging, US Patent #7058036, Issued June 6, 2006.

6. United States Court of Appeals for the Ninth Circuit. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

## Randall A. Snyder
## Curriculum Vitae

## Litigation Support Experience

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Bock & Hatch, LLC |
| Case Name: | Kozlow v. Shopkick, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Edelson PC |
| Case Name: | Suttles v. Mutual of Omaha Insurance Company |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Manchee & Manchee, PC |
| Case Name: | Gebray v. Ocwen Loan Servicing, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Invasion of Privacy Act (Penal Code §§ 630) class action related to unlawful recording of telephone conversations |
| Law Firm: | Keller Grover LLP and Law Offices of Scot D. Bernstein |
| Case Name: | Saunders v. Cabela's Incorporated |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Zeidel v. A&M (2015) LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |

```
┌─────────────────────────────┐
│      Randall A. Snyder       │
│      Curriculum Vitae        │
└─────────────────────────────┘
```

Date:                    2015

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Bailey & Glasser LLP
Case Name:               Phillips v. Mozes, Inc. et al.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2015

*Expert Engagement:*
Type of Matter:          Intellectual property (patents) related to mobile location based technology and
                         short message service (SMS) technology
Law Firm:                Knobbe, Martens, Olson & Bear, LLP
Case Name:               TeleCommunication Systems, Inc. v. Airbus DS Communications, Inc.
Services Provided:       Testifying expert for defendant
Disposition:             Settled
Date:                    2015

*Expert Engagement:*
Type of Matter:          Intellectual property (patents) related to machine-to-machine (M2M) mobile
                         technology
Law Firm:                Paul Hastings LLP
Case Name:               M2M Solutions LLC v. Novatel Wireless Solutions, Inc.
Services Provided:       Testifying expert, USPTO affidavits for patent reexamination for defendant
Disposition:             Ongoing
Date:                    2015

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Mazie Slater Katz & Freeman LLC
Case Name:               Meyer v. Bebe Stores Inc.
Services Provided:       Testifying expert for plaintiff
Disposition:             Ongoing
Date:                    2015

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Strategic Legal Practices, APC
Case Name:               Haghayeghi v. Guess Inc.
Services Provided:       Testifying expert for plaintiff
Disposition:             Ongoing
Date:                    2015

## Randall A. Snyder
## Curriculum Vitae

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Bailey & Glasser LLP
Case Name:             Stein v. Monterey Financial Services, Inc.
Services Provided:     Testifying expert for plaintiff
Disposition:           Ongoing
Date:                  2015

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Aronovitz Law
Case Name:             McKee v. Navient Solutions, Inc.
Services Provided:     Testifying expert for plaintiff
Disposition:           Ongoing
Date:                  2015

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Butsch Roberts & Associates, LLC
Case Name:             Moore v. Family Dollar Stores, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2015

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Bailey & Glasser LLP
Case Name:             Jones v. FMS Corp., U.S. Department of Education
Services Provided:     Testifying expert for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Tycko & Zavareei LLP
Case Name:             Reardon v. Uber Technologies, Inc.
Services Provided:     Testifying expert for plaintiff
Disposition:           Ongoing
Date:                  2015

*Expert Engagement:*

+-------------------------------------------+
|        **Randall A. Snyder**              |
|        **Curriculum Vitae**               |
+-------------------------------------------+

Type of Matter:        California Invasion of Privacy Act (Penal Code §§ 630) class action related to
                       unlawful recording of telephone conversations
Law Firm:              Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:             Roberts v. Wyndham International, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*
Type of Matter:        Intellectual property (patents) related to short message service (SMS) technology
Law Firm:              Paul Hastings LLP
Case Name:             Nova Transforma Technologies, LLC v. AT&T Mobility LLC
Services Provided:     Consulting expert, USPTO affidavits for patent reexamination for defendant
Disposition:           Settled
Date:                  2015

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Maney & Gordon, P.A.
Case Name:             Drew v. Ocwen Loan Servicing, LLC
Services Provided:     Testifying expert, expert reports, depositions, trial testimony for plaintiff
Disposition:           Plaintiff obtained statutory damages for willful TCPA violations
Date:                  2015

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Parisi & Havens LLP
Case Name:             Kleja v. Transworld Systems, Inc.
Services Provided:     Consulting expert for plaintiff
Disposition:           Ongoing
Date:                  2015

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Craig K. Perry & Associates
Case Name:             Spencer v. AT&T Digital Life, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Ongoing
Date:                  2014

*Expert Engagement:*
Type of Matter:        Material Breach of Contract
Law Firm:              Hogan Lovells USA LLP
Case Name:             IBM de México Comercialización y Servicios, S. de R.L. de C.V. adverse

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

|  | Iusacell, S.A. de C.V. |
|---|---|
| Services Provided: | Testifying expert, expert reports for IBM México |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
|---|---|
| Law Firm: | Butsch Roberts & Associates, LLC |
| Case Name: | In re: Life Time Fitness, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
|---|---|
| Law Firm: | Morgan & Morgan, P.A. |
| Case Name: | Cauchon v. Whetstone Partners, LLC, d/b/a eTitleLoan |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
|---|---|
| Law Firm: | McGuireWoods LLP |
| Case Name: | Comcast Cable Communications, LLC v. Sprint Communications Company L.P. |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
|---|---|
| Law Firm: | Caddell & Chapman |
| Case Name: | Hooker v. Sirius XM Radio, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
|---|---|
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Hamlett et al v. Santander Consumer USA Inc. et al |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |

## Randall A. Snyder
## Curriculum Vitae

Date:                      2014

*Expert Engagement:*
Type of Matter:            Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                           related to short message service (SMS) technology
Law Firm:                  Bock & Hatch, LLC
Case Name:                 Kozlow v. Hangtime, Inc.
Services Provided:         Testifying expert, expert reports for plaintiff
Disposition:               Settled
Date:                      2014

*Expert Engagement:*
Type of Matter:            Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                           related to unlawful cellular telephone calls
Law Firm:                  Parisi & Havens LLP
Case Name:                 In re Collecto, Inc.
Services Provided:         Testifying expert, expert reports for plaintiff
Disposition:               Ongoing
Date:                      2014

*Expert Engagement:*
Type of Matter:            Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                           related to unlawful cellular telephone calls
Law Firm:                  Parisi & Havens LLP
Case Name:                 Lofton v. Verizon Wireless LLC
Services Provided:         Testifying expert, expert reports for plaintiff
Disposition:               Ongoing
Date:                      2014

*Expert Engagement:*
Type of Matter:            Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                           related to unlawful cellular telephone calls
Law Firm:                  Edelson PC
Case Name:                 Birchmeier et al v. Caribbean Cruise Line, Inc. et al
Services Provided:         Testifying expert, expert reports for plaintiff
Disposition:               Settled
Date:                      2014

*Expert Engagement:*
Type of Matter:            Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                           related to short message service (SMS) technology
Law Firm:                  Keogh Law, Ltd.
Case Name:                 Johnson v. Yahoo! Inc.
Services Provided:         Testifying expert, expert reports, depositions for plaintiff
Disposition:               Settled
Date:                      2014

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Jacobs Kolton, Chtd. |
| Case Name: | Nunes v. Twitter, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Manning Law, PLLC |
| Case Name: | Manning v. Lendio, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | The Law Offices of Joseph R. Manning, Jr. |
| Case Name: | Vargem v. Tax Defense Partners, LLC |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Steptoe & Johnson PLLC |
| Case Name: | Cain v. Monitronics, International, Inc. |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful cellular telephone calls |
| Law Firm: | Mantese Honigman Rossman and Williamson, P.C. |
| Case Name: | Glassbrook v. Rose Acceptance, Inc. and First National Bank of America |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

┌─────────────────────────────┐
│      **Randall A. Snyder**      │
│      **Curriculum Vitae**       │
└─────────────────────────────┘

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Kazerouni Law Group, APC
Case Name:             Iniguez v. The CBE Group, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2014

*Expert Engagement:*

Type of Matter:        California Invasion of Privacy Act (Penal Code §§ 630) class action related to
                       unlawful recording of telephone conversations
Law Firm:              Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:             McCabe v. Six Continents Hotels, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Keogh, Cox & Wilson, Ltd.
Case Name:             Hetherington v. Omaha Steaks, Inc. and Omaha Steaks International, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2014

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Potter Handy, LLP
Case Name:             Potter v. Bank of America Corporation
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2014

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Lemberg & Associates LLC
Case Name:             Shiyan v. Lucille Roberts Health Clubs, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Withdrawn
Date:                  2014

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls

<div style="text-align:center; border:1px solid black;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Law Firm:               Lemberg & Associates LLC
Case Name:              Meyer v. Receivables Performance Management LLC
Services Provided:      Testifying expert for plaintiff
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               McGuire Law, P.C.
Case Name:              Murray v. Bill Me Later, Inc.
Services Provided:      Consulting expert
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Lemberg & Associates LLC
Case Name:              Creel v. GC Services, L.P.
Services Provided:      Testifying expert, expert reports, depositions for plaintiff
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Intellectual property (patents) related to short message service (SMS) technology
                        and communication protocols
Law Firm:               White & Case LLP
Case Name:              Nokia Corporation v. Google Inc.
Services Provided:      Testifying expert for defendant
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               McGuire Law, P.C.
Case Name:              Gomez v. Campbell-Ewald Company
Services Provided:      Consulting expert for plaintiff
Disposition:            Ongoing
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Lemberg & Associates LLC
Case Name:              Horton v. Cavalry Portfolio Services LLC

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Services Provided:      Testifying expert, expert reports, depositions for plaintiff
Disposition:            Ongoing
Date:                   2013 – 2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               Law Office of Scott D. Owens, Esq. and Farmer, Jaffee, Weissing, Edwards,
                        Fistos & Lehrman, P.L.
Case Name:              Legg v. Voice Media Group, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Dismissed
Date:                   2013 – 2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               Edelson LLC
Case Name:              Sterk v. Path, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                   2013 – 2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               Francis & Mailman, P.C.
Case Name:              Dominguez v. Yahoo! Inc.
Services Provided:      Testifying expert, expert reports, depositions for plaintiff
Disposition:            Ongoing
Date:                   2013 – 2015

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               McGuire Law, P.C.
Case Name:              Smith v. Microsoft Corporation
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Ongoing – in Appeal
Date:                   2013 – 2015

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               Heyrich Kalish McGuigan, PLLC
Case Name:              Gragg v. Orange Cab Company, Inc. et al
Services Provided:      Testifying expert, expert reports, depositions for plaintiff

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Disposition:        Dismissed
Date:               2013 – 2015

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           Wooten, Kimbrough & Normand, PA
Case Name:          Murphy v. DCI Biologicals, LLC
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Settled
Date:               2013 – 2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           Kazerouni Law Group, APC
Case Name:          Sherman v. Yahoo! Inc.
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Dismissed
Date:               2013 – 2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Fair Debt
                    Collection Practices Act (FDCPA) 15 U.S.C. 15 § 1692 related to unlawful
                    cellular telephone calls
Law Firm:           Collins & Story, PA
Case Name:          Keen v. Delta Outsource Group, Inc.
Services Provided:  Testifying expert, expert reports, depositions for plaintiff
Disposition:        Settled
Date:               2013 – 2014

*Expert Engagement:*
Type of Matter:     Intellectual property (patents) related to short message service (SMS) technology
                    and mobile banking
Law Firm:           Panovia Group LLP
Case Name:          N5 Technologies, LLC v. Capital One, N.A. et al
Services Provided:  Testifying expert, expert reports, depositions for plaintiff
Disposition:        Settled
Date:               2013 – 2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California's
                    Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to
                    short message service (SMS) technology
Law Firm:           Hartmann and Kananen
Case Name:          Baird v. Sabre, Inc.
Services Provided:  Testifying expert, expert reports for plaintiff

| | |
|---|---|
| **Randall A. Snyder**<br>**Curriculum Vitae** | |

Disposition:          Dismissed
Date:                 2013 – 2014

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology and unlawful charging of
                      cellular telephone customers
Law Firm:             Edelson LLC
Case Name:            Lee v. Stonebridge Life Insurance Company
Services Provided:    Testifying expert, expert reports, depositions for plaintiff
Disposition:          Settled
Date:                 2012 – 2014

*Expert Engagement:*
Type of Matter:       Intellectual property (patents) related to short message service (SMS) technology
                      and multimedia message service (MMS) technology
Law Firm:             Baker Botts LLP
Case Name:            Intellectual Ventures LLC v. AT&T Mobility LLC, T-Mobile USA, Inc., Sprint
                      Spectrum L.P., US Cellular Corporation
Services Provided:    Testifying expert, expert reports for defendants
Disposition:          Ongoing
Date:                 2012 – 2014

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             Keogh Law, Ltd.
Case Name:            Wanca v. LA Fitness International, LLC
Services Provided:    Testifying expert, expert reports, depositions for plaintiff
Disposition:          Settled
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            Penn v. NRA Group, LLC
Services Provided:    Consulting expert for plaintiff
Disposition:          Ongoing
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            Reed v. GC Services LP
Services Provided:    Consulting expert for plaintiff

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Disposition:         Settled
Date:                2013

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            The Lavery Law Firm
Case Name:           Volpe v. Caribbean Cruise Line, Inc.
Services Provided:   Consulting expert for plaintiff
Disposition:         Dismissed
Date:                2013

*Expert Engagement:*
Type of Matter:      Washington Consumer Protection Act, RCW 19.86 and RCW 80.36.400 related
                     to unfair business practices and unlawful cellular telephone calls
Law Firm:            Williamson and Williams Law
Case Name:           Kids Northwest v. First Data Corporation
Services Provided:   Consulting expert for plaintiff
Disposition:         Ongoing
Date:                2013

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            George Rikos Law
Case Name:           Van Patten v. Vertical Fitness
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Ongoing
Date:                2013

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California
                     Business and Professions Code § 17200 class action related to short message
                     service (SMS) technology
Law Firm:            Milberg LLP
Case Name:           D'Agostino v. Jesta Digital, LLC (dba Jamster)
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Settled
Date:                2013

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Restrictions
                     on Telemarketing, Telephone Solicitation, and Facsimile Advertising 47 C.F.R.
                     § 64.1200(d)(3) class action related to unlawful cellular telephone calls
Law Firm:            Burke Law Offices, LLC
Case Name:           Benzion v. Vivint, Inc.
Services Provided:   Testifying expert, expert reports, depositions for plaintiff

<div style="border:1px solid black; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Disposition:            Settled
Date:                   2013

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Lemberg & Associates LLC
Case Name:              Rutigliano v. Convergent Outsourcing, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Ongoing
Date:                   2013

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               Kazerouni Law Group, APC
Case Name:              Emanuel v. The Los Angeles Lakers, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Dismissed
Date:                   2013

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               Kazerouni Law Group, APC
Case Name:              Barani v. Wells Fargo Bank, N.A.
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2013

*Expert Engagement:*
Type of Matter:         Intellectual property (patents) related to wireless calling party identification
                        technology
Law Firm:               K&L Gates LLP
Case Name:              Cequint Inc. v. Apple Inc.
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2013

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Donald A. Yarbrough, Esq.
Case Name:              Mais v. Gulf Coast Collection Bureau, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Dismissed on appeal
Date:                   2013

**Randall A. Snyder**
**Curriculum Vitae**

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Donald A. Yarbrough, Esq. |
| Case Name: | Manno v. Healthcare Revenue Recovery Group, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Law Office of Scott D. Owens, Esq. |
| Case Name: | Wojcik v. Buffalo Bills, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2012 – 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Law Office of Scott D. Owens, Esq. |
| Case Name: | Keim v. ADF Midatlantic, LLC (Pizza Hut) |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2012 – 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP |
| Case Name: | Connelly v. Hilton Grand Vacations Company, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for defendant |
| Disposition: | Dismissed |
| Date: | 2012 – 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kirby Law Group |
| Case Name: | Agne v. Papa John's International, Inc. et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2012 |

<table>
<tr><td colspan="2" align="center">**Randall A. Snyder<br>Curriculum Vitae**</td></tr>
</table>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action and NY GBL 399-P class action related to unlawful calls |
| Law Firm: | Bellin and Associates LLC |
| Case Name: | Tipoo v. Enhanced Recovery Company, LLC |
| Services Provided: | Testifying expert, discovery motions for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Bailey v. Household Finance Corporation et al |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 – 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Annoni v. FYISMS.com, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 – 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Schrock v. Wenner Media LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Summit Law Group |
| Case Name: | Kramer v. Autobytel, Inc. and B2Mobile, LLC |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Settled |
| Date: | 2011 |

┌─────────────────────────────────┐
│        **Randall A. Snyder**        │
│        **Curriculum Vitae**         │
└─────────────────────────────────┘

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless location based services (LBS) |
| Law Firm: | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC |
| Case Name: | Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless) et al |
| Services Provided: | Testifying expert, USPTO affidavits for patent reexamination for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Griffith v. Consumer Portfolio Services, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Dobbin v. Wells Fargo Auto Finance, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm: | Nelson Bumgardner Casto PC |
| Case Name: | Celltrace LLC v. AT&T Inc. et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | VanDyke v. Media Breakaway, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action |

> **Randall A. Snyder**
> **Curriculum Vitae**

|                   | related to unlawful calls |
|-------------------|---------------------------|
| Law Firm:         | Gordon & Rees LLP |
| Case Name:        | Allen v. Rickenbacker Collection Services |
| Services Provided:| Consulting expert for defendant |
| Disposition:      | Undisclosed |
| Date:             | 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (trademarks) related to short message service (SMS) technology |
| Law Firm: | Fish & Richardson P.C. |
| Case Name: | Cricket Communications, Inc. v. HipCricket, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2008 – 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Albrecht v. mBlox, Inc. et al |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2008 – 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Blim & Edelson, LLC |
| Case Name: | Satterfield v. Simon & Schuster, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2007 – 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Walker v. Motricity, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Rynearson v. Motricity, Inc. |

┌─────────────────────────────┐
│     **Randall A. Snyder**    │
│     **Curriculum Vitae**     │
└─────────────────────────────┘

Services Provided:    Testifying expert, expert reports, depositions for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       California Constitution, Article VI, § 10, class action related to short message
                      service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Reed v. Sprint Nextel Corporation
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       Class action related to short message service (SMS) technology and unlawful
                      charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Paluzzi v. CellCo Limited Partnership (dba Verizon Wireless) and mBlox. Inc.
Services Provided:    Consulting expert for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       Class action related to short message service (SMS) technology and unlawful
                      charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Nava v. Predicto Mobile, LLC
Services Provided:    Consulting expert for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       Class action related to short message service (SMS) technology and unlawful
                      charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            McFerren v. AT&T Mobility, LLC
Services Provided:    Consulting expert for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class
                      action related to short message service (SMS) technology and unlawful charging
                      of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Guerrero v. MobileFunster, Inc.
Services Provided:    Consulting expert for plaintiff

<table>
<tr><td></td><td>**Randall A. Snyder**<br>**Curriculum Vitae**</td></tr>
</table>

Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Computer Fraud and Abuse Act, 18 U.S.C. Article § 1030, class action related to
                        short message service (SMS) technology and unlawful charging of cellular
                        telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Gray v. Mobile Messenger Americas, Inc.
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Class action related to short message service (SMS) technology and unlawful
                        charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Goddard v. Google, Inc.
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Class action related to short message service (SMS) technology and unlawful
                        charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Duffy v. Nevis Mobile, LLC
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Class action related to short message service (SMS) technology and unlawful
                        charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Criswell v. MySpace, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332, 1453 and 28 U.S.C. §
                        1367(a) class action related to short message service (SMS) technology and
                        unlawful charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Bradberry v. mBlox, Inc.
Services Provided:      Consulting expert for plaintiff

┌─────────────────────────────────┐
│       **Randall A. Snyder**      │
│       **Curriculum Vitae**       │
└─────────────────────────────────┘

Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         California Constitution, Article VI, § 10, class action related to short message
                        service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Ayers v. Media Breakaway, LLC
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Intellectual property (patents) related to wireless location based services (LBS)
Law Firm:               Hahn Loeser & Parks, LLC
Case Name:              Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba
                        Verizon Wireless) et al
Services Provided:      Consulting expert for plaintiff
Disposition:            Undisclosed
Date:                   2008

*Expert Engagement:*
Type of Matter:         Class action related to short message service (SMS) technology and unlawful
                        charging of cellular telephone customers
Law Firm:               Blim & Edelson, LLC
Case Name:              Valdez v. Sprint Nextel Corporation
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2007

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 201 class action
                        related to short message service (SMS) technology and unlawful charging of
                        cellular telephone customers
Law Firm:               Blim & Edelson, LLC
Case Name:              Bradberry v. T-Mobile USA, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                   2007

*Expert Engagement:*
Type of Matter:         California Computer Crime Law, Cal. Pen. Code § 502 and California's Unfair
                        Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short
                        message service (SMS) technology
Law Firm:               KamberEdelson, LLC
Case Name:              Abrams v. Facebook, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff

**Randall A. Snyder**
**Curriculum Vitae**

Disposition:          Settled
Date:                 2007

*Expert Engagement:*
Type of Matter:       Intellectual property (patents) related to short message service (SMS) technology
Law Firm:             Paul Hastings LLP
Case Name:            TeleCommunication Systems, Inc. v. Mobile365, Inc.
Services Provided:    Testifying expert, expert reports, depositions, trial testimony for defendant
Disposition:          Settled
Date:                 2007



Wireless
Research
Services

Wireless Research Services, LLC
Rate Sheet January 1, 2015

# Wireless Research Services, LLC
# 2015 Rate Sheet

| ITEM | FEE |
| --- | --- |
| Non-refundable Retainer at Time of Engagement | $4,000 |
| Expert Witness Consulting, Expert Reports | $450 per hour |
| Depositions, In-court Testimony | $500 per hour |
| Required Travel, Lodging, Board and Administrative Expenses | $1,000 per airline travel day plus actual incurred expenses |
| Invoicing | Payment due upon receipt |
| Penalty for Late Payments | 10% of total invoice added after each 30 days late until full payment is received |

By signing below and returning an executed copy to Wireless Research Services, LLC along with payment of the non-refundable retainer, you agree to the payment terms contained on this rate sheet.

Agreed to by:_____

Law firm/Company:_____

Case Name:_____

Date:_____

# EXHIBIT 2

1599882
09/09/2014
SCAMP

**MOBILITY USAGE**

Run Date:        09/09/2014
Run Time:        08:40:35
Voice Usage For: (850)371-1138
Account Number:  52324208I404

| Item | Conn. Date | Seizure Time | Conn. Time | Originating Number | Terminating Number | Elapsed Time | Number Dialed | IMEI | IMSI | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/07/13 | 0:10 | 12:58P | 14405676221 | 18503711138 | 0:00 | 18503711138 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 2 | 11/07/13 | 0:15 | 01:33P | 18503711138 | 14405676221 | 0:0 | 14405676221 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 3 | 11/07/13 | 0:11 | 03:44P | 14405676221 | 18503711138 | 0:11 | 18503711138 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 4 | 11/07/13 | 0:14 | 04:57P | 14405676221 | 18503711138 | 0:00 | 18503711138 | 0132930079090602 | 310410593353394 | M2D_DIR |
| 5 | 11/08/13 | 0:03 | 12:41P | 18503711138 | 14405676221 | 0:00 | 14405676221 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 6 | 11/09/13 | 0:00 | 12:45P | 18503711138 | 14405676221 | 0:00 | 14405676221 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 7 | 11/09/13 | 0:01 | 12:45P | 18503711138 | 14405676221 | 0:00 | 14405676221 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 8 | 11/09/13 | 0:01 | 12:45P | 18503711138 | 14405676221 | 0:00 | 14405676221 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 9 | 11/09/13 | 0:00 | 12:46P | 18503711138 | 14405676221 | 0:00 | 14405676221 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 10 | 11/09/13 | 0:01 | 12:46P | 18503711138 | 14405676221 | 0:00 | 14405676221 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 11 | 11/12/13 | 0:00 | 11:47A | 18503711138 | 14405672901 | 0:00 | 14405672901 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 12 | 11/12/13 | 0:00 | 02:19P | 18503711138 | 14405672901 | 0:00 | 14405672901 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 13 | 11/12/13 | 0:00 | 02:20P | 18503711138 | 16789757237 | 0:00 | 16789757237 | 0132930079090602 | 310410593353394 | M2D_DIR |
| 14 | 11/12/13 | 0:01 | 03:58P | 18503711138 | 14405672901 | 0:00 | 14405672901 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 15 | 11/12/13 | 0:01 | 09:43P | 18503711138 | 14405672901 | 0:00 | 14405672901 | 0132930079090602 | 310410593353394 | M2m_DIR |
| 16 | 11/12/13 | 0:02 | 09:43P | 18503711138 | 14405672901 | 0:00 | 14405672901 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 17 | 11/13/13 | 0:06 | 10:39A | 14405672901 | 18503711138 | 0:00 | 18503711138 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 18 | 11/14/13 | 0:16 | 11:04A | 18503711138 | 19043278492 | 0:00 | 11 | 0132930079090602 | 310410593353394 | M2D_DIR |
| 19 | 11/14/13 | 0:02 | 11:06A | 18503711138 | 19043278492 | 2:23 | 01119043278492 | 0132930079090602 | 310410593353394 | M2M_VMC |
| 20 | 11/14/13 | 0:07 | 11:09A | 18503711138 | 14405676221 | 0:00 | 14405676221 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 21 | 11/14/13 | 0:01 | 11:10A | 18503711138 | 19043278492 | 1:24 | 01119043278492 | 0132930079090602 | 310410593353394 | M2M_VMC |
| 22 | 11/14/13 | 0:02 | 11:12A | 18503711138 | 19043278492 | 2:35 | 01119043278492 | 0132930079090602 | 310410593353394 | M2M_VMC |
| 23 | 11/16/13 | 0:10 | 11:24A | 14405676221 | 18503711138 | 0:33 | 18503711138 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 24 | 11/22/13 | 0:15 | 11:28A | 18508699664 | 18503711138 | 0:06 | 18503711138 | 0132930079090602 | 310410593353394 | m2M_DIR |
| 25 | 11/22/13 | 0:01 | 11:30A | 18503711138 | 18508699664 | 0:00 | 18508699664 | 0132930079090602 | 310410593353394 | M2m_DIR |
| 26 | 11/25/13 | 0:25 | 01:10P | 18503711138 | 14405676221 | 0:27 | 14405676221 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 27 | 11/25/13 | 0:04 | 01:16P | 14405676221 | 18503711138 | 0:22 | 18503711138 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 28 | 11/27/13 | 0:11 | 01:39P | 14405676221 | 18503711138 | 0:17 | 18503711138 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 29 | 12/02/13 | 0:08 | 06:54P | 18502951059 | 18503711138 | 0:00 | 18503711138 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 30 | 12/04/13 | 0:20 | 02:14P | 14405676221 | 18503711138 | 0:00 | 18503711138 | 0132930079090602 | 310410593353394 | M2M_VMC |
| 31 | 12/10/13 | 0:17 | 11:54A | 18503711138 | 14405676221 | 0:09 | 14405676221 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 32 | 12/12/13 | 0:09 | 02:05P | 14405676221 | 18503711138 | 0:46 | 18503711138 | 0132930079090602 | 310410593353394 | M2M_DIR |
| 33 | 12/12/13 | 0:21 | 04:19P | 18502502544 | 18503711138 | 0:00 | 18503711138 | 0132930079090602 | 310410593353394 | O2M_VMC |
| 34 | 12/12/13 | 0:01 | 04:20P | 18503711138 | 19043278491 | 0:08 | 19043278491 | 0132930079090602 | 310410593353394 | M2m |
| 35 | 12/12/13 | 0:25 | 04:20P | 18502502544 | 18503711138 | 0:08 | 18503711138 | 0132930079090602 | 310410593353394 | O2M |

**AT&T Proprietary**

The information contained here is for use by authorized person only and is
not for general distribution.

AMO

Page 1

at&t

**MOBILITY USAGE**

```
1599882
09/09/2014
SCAMP
```

```
Run Date:         09/09/2014
Run Time:         08:40:35
Voice Usage For:  (850)371-1138
Account Number:   523242081404
```

| Item | Conn. Date | Conn. Time | Seizure Time | Originating Number | Terminating Number | Elapsed Time | Number Dialed | IMEI | IMSI | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 12/13/13 | 07:40P | 0:21 | 18502502484 | 18503711138 | 0:00 | 18503711138 | 01329300079090602 | 31041059335339394 | O2M_VMC |
| 37 | 12/13/13 | 07:40P | 0:00 | 18503711138 | 19043278491 | 0:09 | 19043278491 | | 31041059335339394 | M2m |
| 38 | 12/13/13 | 07:40P | 0:25 | 18502502484 | 18503711138 | 0:09 | 18503711138 | | 31041059335339394 | O2M |
| 39 | 12/18/13 | 09:35A | 0:20 | 18505846756 | 18503711138 | 0:00 | 18503711138 | 0132930007909602 | 31041059335339394 | O2M_VNC |
| 40 | 12/18/13 | 09:36A | 0:01 | 18503711138 | 19043278491 | 0:08 | 19043278491 | | 31041059335339394 | M2m |
| 41 | 12/18/13 | 09:36A | 0:26 | 18505846756 | 18503711138 | 0:08 | 18503711138 | | 31041059335339394 | O2M |
| 42 | 12/18/13 | 03:55P | 0:12 | 18502502544 | 18503711138 | 0:00 | 18503711138 | 01329300079090602 | 31041059335339394 | O2M_VMC |
| 43 | 12/18/13 | 03:55P | 0:21 | 18503711138 | 19043278491 | 0:09 | 19043278491 | | 31041059335339394 | M2m |
| 44 | 12/18/13 | 03:55P | 0:15 | 18502502544 | 18503711138 | 0:01 | 18503711138 | | 31041059335339394 | O2M |
| 45 | 12/19/13 | 03:34P | 0:21 | 18502502484 | 18503711138 | 0:00 | 18503711138 | 01329300079090602 | 31041059335339394 | O2M_VMC |
| 46 | 12/19/13 | 03:34P | 0:00 | 18503711138 | 19043278491 | 0:07 | 19043278491 | | 31041059335339394 | M2m |
| 47 | 12/19/13 | 03:34P | 0:24 | 18502502484 | 18503711138 | 0:07 | 18503711138 | | 31041059335339394 | O2M |
| 48 | 12/23/13 | 01:35P | 0:04 | 18503711138 | 174056A62 | 0:00 | 174056A62 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 49 | 12/23/13 | 01:36P | 0:26 | 18503711138 | 14405676221 | 0:27 | 14405676221 | 01329300079090602 | 31041059335339394 | M2M_DIR |
| 50 | 12/27/13 | 02:55P | 0:00 | 18503711138 | 90379 | 0:00 | 90379 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 51 | 12/27/13 | 05:39P | 0:01 | 18503711138 | 18502502484 | 0:00 | 18502502484 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 52 | 12/27/13 | 05:46P | 0:00 | 14405676221 | 18503711138 | 0:02 | 18503711138 | 01329300079090602 | 31041059335339394 | M2M_DIR |
| 53 | 12/27/13 | 07:05P | 0:13 | 13523560094 | 13523560094 | 0:17 | 13523560094 | 01329300079090602 | 31041059335339394 | M2M_DIR |
| 54 | 12/30/13 | 11:03A | 0:01 | 18503711138 | 18502502544 | 0:00 | 18502502544 | 01329300079090602 | 31041059335339394 | M2M_DIR |
| 55 | 01/01/14 | 08:52A | 0:01 | 18503711138 | 18502502544 | 0:00 | 18502502544 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 56 | 01/01/14 | 12:54P | 0:00 | 18503711138 | 18502502544 | 0:00 | 18502502544 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 57 | 01/03/14 | 10:09A | 0:00 | 18503711138 | 18502502544 | 0:00 | 18502502544 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 58 | 01/05/14 | 09:17A | 0:03 | 18503711138 | 18502502544 | 0:03 | 18502502544 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 59 | 01/06/14 | 08:50A | 0:01 | 18503711138 | 18502502544 | 0:00 | 18502502544 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 60 | 01/06/14 | 01:33P | 0:02 | 18503711138 | 18502502544 | 0:00 | 18502502544 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 61 | 01/06/14 | 02:05P | 0:00 | 18503711138 | 18502502544 | 0:00 | 18502502544 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 62 | 01/07/14 | 11:15A | 0:01 | 18503711138 | 18502502544 | 0:00 | 18502502544 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 63 | 01/07/14 | 11:15A | 0:01 | 18503711138 | 18502502544 | 0:00 | 18502502544 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 64 | 01/07/14 | 12:54P | 0:00 | 18503711138 | 18502502544 | 0:00 | 18502502544 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 65 | 01/07/14 | 05:55P | 0:00 | 18503711138 | 18502502544 | 0:00 | 18502502544 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 66 | 01/13/14 | 12:44P | 0:14 | 14405676221 | 18503711138 | 0:24 | 18503711138 | 01329300079090602 | 31041059335339394 | M2O_DIR |
| 67 | 01/13/14 | 12:47P | 0:04 | 14405676221 | 18503711138 | 0:27 | 18503711138 | 01329300079090602 | 31041059335339394 | M2M_DIR |
| 68 | 01/15/14 | 04:12P | 0:21 | 18508434299 | 18503711138 | 0:00 | 18503711138 | 01329300079090602 | 31041059335339394 | m2M_VMC |
| 69 | 01/15/14 | 04:12P | 0:24 | 18503711138 | 19043278491 | 0:09 | 19043278491 | | 31041059335339394 | M2m |
| 70 | 01/15/14 | 04:12P | 0:15 | 18508434299 | 18503711138 | 0:09 | 18503711138 | | 31041059335339394 | m2M |
| 71 | 01/15/14 | 04:13P | 0:15 | 18503711138 | 18508434299 | 0:15 | 18508434299 | 01329300079090602 | 31041059335339394 | M2m_DIR |
| 72 | 01/18/14 | 04:50P | 0:27 | 18503711138 | 14405676221 | 0:27 | 14405676221 | 01329300079090602 | 31041059335339394 | M2m_DIR |
| 73 | 01/19/14 | 10:57A | 0:12 | 18503711138 | 16789757237 | 0:10 | 16789757237 | 01329300079090602 | 31041059335339394 | M2O_DIR |

AT&T Proprietary

AMO        The information contained here is for use by authorized person only and is
                                  not for general distribution.

Page 2

# EXHIBIT 3

1  Damian P. Richard, Esq. (SBN 262805)
2  Debbie P. Kirkpatrick, Esq. (SBN 207112)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3  1545 Hotel Circle South, Suite 150
4  San Diego, CA 92108-3426
   Tel:  619/758-1891
5  Fax:  619/296-2013
6  drichard@sessions-law.biz
   dkirkpatrick@sessions-law.biz
7
8  Attorneys for Defendant Transworld Systems, Inc.

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12
   JOHN KLEJA and CAROL KLEJA,            Case No. CV-14-00946 CRB (EDL)
13 individuals, on their own behalf and on
   behalf of all others similarly situated, NOTICE OF MOTION AND
14                                         MOTION TO COMPEL
                                           PLAINTIFFS' SUPPLEMENTAL
15                                         RESPONSES TO CERTAIN
                Plaintiffs,                INTERROGATORIES;
16                                         MEMORANDUM OF POINTS AND
        vs.                                AUTHORITIES; DECLARATION
17 TRANSWORLD SYSTEMS, INC., a             OF DAMIAN P. RICHARD
18 California corporation and DOES 1-5,
   inclusive,                              Date:  December 1, 2015
19                                         Time:  9:00 a.m.
                Defendants.                Location:
20                                             Courtroom E, 15th Floor,
                                               United States District Court,
21                                             450 Golden Gate Avenue,
                                               San Francisco, California, 94102
22

23
       **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
24
       **PLEASE TAKE NOTICE** that on December 1, 2015, at 9:00 a.m., or as
25
26 soon thereafter as this matter may be heard, in Courtroom E, 15th Floor, of the

27 above-referenced court, located at 450 Golden Gate Avenue, San Francisco, CA

28 94102, Defendant Transworld Systems, Inc. ("Defendant") will move, pursuant to

Fed. R. Civ. P. 37 for an order from this Court compelling Plaintiffs Carol and John Kleja ("Plaintiffs") to supplement their responses to the following interrogatories propounded by Defendant:

Interrogatory to Carol Kleja No. 7;

Interrogatory to Carol Kleja No.8;

Interrogatory to Carol Kleja No. 9;

Interrogatory to John Kleja No. 7;

Interrogatory to John Kleja No.8; and

Interrogatory to John Kleja No. 9.

This Motion to Compel will be based on this Notice of Motion and Motion; the attached Memorandum of Points and Authorities; the Declaration of Damian P. Richard; the pleadings and declarations on file with the Court; and such other matters as may come before the Court at the hearing on the motion.

Dated:  October 26, 2015

By:  */s/Damian P. Richard*
      Damian P. Richard
      Attorneys for Defendant
      Transworld Systems, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION AND STATEMENT OF FACTS

Plaintiffs John and Carol Kleja ("Plaintiffs"), through counsel, have attempted to conceal information and evidence of their call-forwarding which potentially negates the entirety of the claims which they have attempted to assert in this action. This motion to compel answers to the specific interrogatories should be granted.

In December of 2013, Defendant placed four calls to the number ending in 1138. (Dkt. 67-2; Declaration of Damian P. Richard ("Richard Decl.") ¶ 3, Ex. A.)

Each call was placed by the Defendant's numbers ending in either 2484 or 2544. (Richard Decl. ¶ 3, Ex. A.)

While each call was originally placed to the number ending in 1138, each call was immediately and automatically forwarded by Plaintiffs to another number ending in 8491. (*Id.* at ¶¶ 6-7, Ex. B.)

Each of the four calls went unanswered. [Dkt. 67-2.]

On October 20, 2014, Defendant propounded specific interrogatories aimed at determining what, if any, call-forwarding occurred and what other numbers were maintained by Plaintiffs. As set forth below, Plaintiffs' responses were evasive and nonresponsive and their objections baseless. The Court should Order supplemental responses to these interrogatories which provide all device, telephone, and subscriber information for the number ending in 8491 to which all of Defendant's calls were auto-forwarded by Plaintiffs.

## II. THE PARTIES HAVE MET AND CONFERRED

As set forth more fully in the accompanying declaration, the parties "have previously conferred for the purpose of attempting to resolve" this discovery dispute. Civil L.R. 37-1(a); (Richard Decl. ¶ 6-7, Ex. B).

DEFENDANT'S MOTION TO COMPEL

**RESPONSE TO INTERROGATORY TO JOHN KLEJA NO.9:**

Plaintiff incorporates each of her [sic] General Objections as though fully set forth in response to this Interrogatory. Further, Plaintiff objects to this interrogatory that it is impermissibly overly broad and designed to obtain information which is not relevant to the instant litigation. Subject to and without waiving her objections, Plaintiff responds that this interrogatory is inapplicable.

(Hereinafter "Interrogatories 7-9").

The AT&T phone records, the reliability of which cannot be disputed, demonstrate not only that Plaintiffs did not answer the four calls from Defendant either manually or with an answering machine or voicemail, but, more importantly, that each call was immediately and automatically forwarded to another number not alleged in the complaint. Plaintiffs' above-referenced interrogatory responses make no reference to the call-forwarding, or to the second number ending in 8491.

Plaintiffs should be ordered to supplement their discovery responses by fully-responding to these Interrogatories by providing the device, telephone, and subscriber information for the number ending in 8491 to which all of Defendant's calls were auto-forwarded by Plaintiffs.

## V.  CONCLUSION

For the reasons set forth above, Defendant respectfully requests that the Court compel Plaintiffs to respond fully to the above-referenced interrogatories without objection.

Dated:  October 26, 2015

By:  */s/Damian P. Richard*
Damian P. Richard
Attorneys for Defendant
Transworld Systems, Inc.

DEFENDANT'S MOTION TO COMPEL

# DECLARATION OF DAMIAN P. RICHARD

I, Damian P. Richard, declare:

1.    I am an attorney with the law firm of Sessions, Fishman, Nathan & Israel, L.L.P. and am admitted to practice before this Court.  I am counsel for defendant Transworld Systems, Inc. ("Defendant") in this action.  I have personal knowledge of the facts set forth herein and, if called upon, could and would testify competently hereto.

2.    On June 30, 2014, I issued a subpoena to produce documents to AT&T Mobility, the cellular telephone carrier for the number ending in 1138 which is alleged in the Complaint.

3.    On September 17, 2014, AT&T Mobility responded to the subpoena with an Affidavit and Verification of AT&T Business Records consisting of over 1,675 pages of cellular telephone records for the number ending in 1138, including all call records from December 12, 13, 18, and 19, 2013, which are the four days in which Defendant placed a call to the number ending in 1138.  The calls were placed from Defendant's telephone number ending in 2544 or 2484.  The AT&T records establish, incontrovertibly, that each of the four calls placed by Defendant were immediately and automatically forwarded by Plaintiffs John and Carol Kleja ("Plaintiffs") to another number ending in 8491.  Attached as Exhibit A to this Declaration is a true and correct copy of the AT&T Affidavit and the relevant excerpts from the business records AT&T produced.

4.    On October 20, 2014, our office served counsel for Plaintiffs with Defendant's first set of discovery requests which included the above-referenced interrogatories seeking specific information regarding the device, telephone, and subscriber information for other landline and cellular telephone numbers maintained by the Plaintiffs.

5.    On December 8, 2014, Plaintiffs' responded to the above-referenced interrogatories by objecting and stating that they "will not provide a response to this

DEFENDANT'S MOTION TO COMPEL

# EXHIBIT 4



Please refer to the legend below that explains the columns and the information displayed on the attached report.

### LEGEND FOR AT&T MOBILITY RECORDS LABELED "DATA SOURCE:  SCAMP"

The attached file is being sent in a text file format to provide you with the ability to download into your data analysis system.

Once downloaded into an EXCEL format, header information will appear at the top displaying the AT&T 6-digit file number, creation date, the AT&T database source, date the report was run, and the account number of the target.

You may receive up to 3 separate reports for usage:  Voice, Data and SMS.  This is indicated at the beginning of each report.   The fields you will find on usage reports are as follows:

**VOICE:**
**Conn. Date and Conn. Time:**  The date and time the call was actually connected.
**Seizure Time:**  The number of minutes and seconds it took from the time the 'Send' button was pressed to the time the call was connected to the network.
**Originating Number:**  If target number appears in this field, the call is an outgoing call and the called number is in the Terminating Number field.
**Terminating Number:**  If target number appears in this field, the call is an incoming call and the caller's number is in the Originating Number field.  In rare instances, you may see all *** in this column.  This is an indication that an invalid number was entered.
**Elapsed Time:**  Number of minutes and seconds of the call between the connection time and the end of the call, also known as call duration.  Does not include seizure time.
**Number Dialed:**  This column represents the number that was actually dialed by the calling party or the voicemail access number if the call was forwarded to voicemail.
**IMEI:**  International Mobile Equipment Identification number.
**IMSI:**  International Mobile Subscriber Identity number.
**Description:**  This field uses 2 key characters that describe the parties involved and a short description suffix key word that describes what is known about how the call was handled.  Outbound calls will always be described as "DIR".  "M" indicates the presence of an AT&T Mobility number.  "m" indicates the presence of another wireless carrier's number.  The number "2" will always be shown in the middle of the two characters and is used in lieu of "to".  For example, M2O means AT&T Mobile "to" a Non-Mobile Phone Number.  This report will not show routing by the receiving side of an outbound call.  The tables below describe the potential values.
**CIC:**  Stands for Carrier Identification Code.  The number in this column translates to identifying the interexchange carrier of the call.  A public listing of CIC codes can be found at the following url:  http://www.nanpa.com/reports/reports_cic.html
**Call Code:**  Represents the type of call that was processed on the wireline network.  Call Code information can be obtained from the AskCalea website.  If the LEA does not have access to AskCalea, please contact 1-855-532-2532

| Key Character Definitions | |
|---|---|
| **Field** | **Description** |
| M | AT&T Mobile Phone (based on billing validation) |
| m | Other Carrier Mobile Phone (based on billing validation) |
| O | Non-Mobile Phone Number |

Calls will have 4 potential "suffix" descriptions.

**Description Suffix Definitions**

| Field Suffix | Description |
|---|---|
| DIR | Outbound calls will display DIR except for voicemail checks directly from the handset (VMC).  Inbound calls will display DIR if no forwarding took place.  Either the phone was answered or rang and was not answered. |
| VMC | Call was from handset to check Voicemail box. |
| VMB | Call was routed to VoiceMail number. |
| FWD | Call was forwarded to another number. |
| | Forwarding action could not be determined. |

A call described as "m2M_DIR" would be interpreted as a call from another carrier's mobile phone to an AT&T mobile phone that was not forwarded.  For example, the call was not routed to voicemail.  A call described as "O2M_FWD" would be a call from a non-mobile phone number to an AT&T mobile number that was forwarded to the number listed in the Terminating Number field.
**Cell Location:**  Column only displays if location information was requested.  The first two numbers indicate the beginning and ending LAC/CID information followed by the longitude/latitude and the azimuth (center point of the sector) of all cell sites that serviced the call.  If the target was traveling, you may see more than one cell site in this field which will indicates hand offs while the call is in progress.

# EXHIBIT 5

## TSI Call Detail Records for
## (850) 371-1138

| Account | First Name | Last Name | Phone | Livevox Result | CallConnectTimeCT | Call End Time | Call Duration | Filename |
|---|---|---|---|---|---|---|---|---|
| 25890412 | Dornea | Green | 8503711138 | Answering Machine (Hung Up) | 12/12/13 15:19 | 12/12/13 15:20 | 0 | 13356_BR038sbe9_CMSinput_12121305155.csv |
| 25890412 | Dornea | Green | 8503711138 | Answering Machine (Hung Up) | 12/13/13 18:40 | 12/13/13 18:40 | 0 | 13356_BR038sbe9_CMSinput_121313051534.csv.r1 |
| 25890412 | Dornea | Green | 8503711138 | Answering Machine (Hung Up) | 12/18/13 14:55 | 12/18/13 14:55 | 0 | 13356_BR038sbe7_CMSinput_121813050823.csv.r1 |
| 25890412 | Dornea | Green | 8503711138 | Answering Machine (Hung Up) | 12/19/13 14:34 | 12/19/13 14:34 | 0 | 13356_BR038sbe7_CMSinput_12191305098.csv |

# EXHIBIT 6



Search

Go


Home

**NET10**
WIRELESS

**LG 840G**

### Set up and Access Voicemail Tutorial

**Name:** Set up and Access Voicemail
**Category:** Messaging

Email it
Print it

1. From the main screen, tap the "Phone" icon.

2. Tap and hold the number 1. Your phone will automatically call "Voicemail."
   Once the call is connected, follow the instructions.

3. To end the call, tap the "Back" icon, then tap "End Call."

4. Congratulations, you've finished this tutorial.

<<First    <Prev    Step 1 of 4    Next>    Last>>

