*Kleja, on their own behalf, and behalf of all others similarly situated*

By: */s/Damian P. Richard*
Debbie P. Kirkpatrick (207112)
Damian P. Richard (262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
(619) 758-1891 (telephone)
(619) 296-2013 (facsimile)
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

*Attorneys for Defendant Transworld Systems, Inc.*

**ORDER**

The parties stipulated to continue the Status Conference set for November 13, 2015 for an additional 60 to 90 days.

Pursuant to the stipulation, and for good cause shown,

IT IS SO ORDERED

That the Status Conference is continued from Friday, November 13, 2015 at 8:30 a.m. to Friday, February 12, 2016 at 8:30 a.m.

Date: Nov. 9, 2015         _____
                           Hon. Charles R. Breyer
                           U.S. District Court Judge