David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85258
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiffs John and Carol Kleja, on their own behalf, and behalf of all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JOHN KLEJA and CAROL KLEJA, individuals, on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSWORLD SYSTEMS, INC., a California corporation and DOES 1-5, inclusive, <br><br> Defendants. | No. 3:14-cv-00946-CRB <br><br> [~~Proposed~~] **ORDER** |

The parties to this action stipulated to continue the hearing on Defendant Transworld System, Inc.'s Motion to Strike (Dkt. No. 93) and set a briefing schedule to file any Opposition to the Motion and any Reply in support of the motion.

Pursuant to the stipulation, IT IS SO ORDERED as follows:

Plaintiffs may file any Opposition to the Motion to Strike by December 18, 2015;

Defendant may file any Reply in support of the Motion to Strike by January 8, 2016;

The hearing on the Motion to Strike is continued from December 18, 2015 to January 22, 2016 at 10:00 a.m.

Date: 11/25/2015

_____
Hon. Charles R. Breyer
U.S. District Court Judge