Debbie P. Kirkpatrick, Esq. (207112)
Damian P. Richard, Esq. (262805)
SESSIONS, FISHMAN, NATHAN& ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
Fax: 619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal
*Attorneys for Defendant Transworld Systems, Inc.*

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiffs John and Carol Kleja,
on their own behalf, and behalf of all others
similarly situated*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JOHN KLEJA and CAROL KLEJA, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., a California corporation and DOES 1-5, inclusive,<br><br>Defendants. | No. 3:14-cv-00946-CRB<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiffs, and without

prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.[1]

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class alleged in the complaint.

Plaintiffs waive any right to recover attorneys' fees and/or costs in connection with this action against Defendant, and Defendant waives any right to recover attorneys' fees and/or costs in connection with the action against Plaintiffs.

**IT IS SO STIPULATED.**

Dated: January 13, 2016

By: */s/David C. Parisi*
David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP

Ethan Preston (263295)
PRESTON LAW OFFICES

*Attorneys for Plaintiffs John and Carol Kleja, on their own behalf, and behalf of all others similarly situated*

Dated: January 13, 2016

By: */s/Damian P. Richard*
Damian P. Richard (262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*Attorneys for Defendant Transworld Systems, Inc.*

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval."